**HOWARD MOORE v. W. F. DAY and JOHN E. CARROLL, for the use and benefit of W. F. DAY.**

10 So. (2nd) 909                      June Term, 1942
December 18, 1942                  Division A
Rehearing Denied January 13, 1943

*Miller & Fitzsimmons, W. Gerry Miller* and *J. A. Fitzsimmons,* for appellant.

*McCune, Hiaasen & Fleming* and *W. J. Kelly,* for appellees.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and

briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.